Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiffs
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN PERALES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TERRAVIA HOLDINGS, INC., JONATHAN S. WOLFSON, APU MODY, and TYLER W. PAINTER, <br><br> Defendants. | Case No.: 3:16-cv-06633 <br><br> <u>CLASS ACTION</u> <br><br> **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** <br><br> JUDGE: Hon. James Donato <br> Conference Date: February 23, 2017 <br> Time: 3:00 p.m. <br> Ctrm: 11-19th Floor (San Francisco) |
| DIMITRIOS DANIIL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> TERRAVIA HOLDINGS, INC., JONATHAN S. WOLFSON, APURVA S. MODY, and TYLER W. PAINTER, <br><br> Defendants. | Case No. 3:16-cv-07388-WHO <br><br> <u>CLASS ACTION</u> |

Lead Plaintiff Movants Ruben Perales, Casey Minnick, Dimitrios Daniil, Ali Alkhateeb, and Jesus Amaya (collectively, "Lead Plaintiff Movants" or the "TerraVia Investor Group") and Defendants TerraVia Holdings, Inc. ("TerraVia" or the "Company"), Jonathan S. Wolfson,

– 1 –
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

Apurva S. Mody, and Tyler W. Painter (collectively, "Defendants," and with the TerraVia Investor Group, the "Parties" and each a "Party"), by their undersigned counsel, respectfully submit the following Joint Case Management Statement pursuant to Federal Rule of Civil Procedure 26(f), the Standing Order for All Judges of the Northern District of California dated January 17, 2017, and Civil Local Rule 16-9.

As an initial matter, Lead Plaintiff Movants note that the TerraVia Investor Group has not yet been ordered as lead plaintiff, nor their counsel as lead and liaison counsel, on behalf of a class comprised of all persons other than Defendants who purchased the securities of TerraVia between March 13, 2013 and November 7, 2016, inclusive (the "Class Period") (the "Class"). However, that motion (ECF No. 9) remains unopposed by any other purported member of the Class or Defendants and, for the reasons set forth therein, should be granted by the Court. Therefore, this Joint Case Management Statement addresses the litigation going forward as if Lead Plaintiff Movants' appointment has been So Ordered by this Court and the above-captioned related actions consolidated.

## 1. JURISDICTION AND SERVICE

The claims in this consolidated action arise under Sections 10(b) and 20(a) of the Exchange Act of 1934 (15 U.S.C. §§ 78j(b) (the "Exchange Act") and 78t(a)) and Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5). This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa). All named parties have appeared.

## 2. FACTS

The current complaints in this consolidated action allege that Defendants made false and misleading statements to the market during the alleged Class Period. The complaints allege that TerraVia creates and sells food, nutritional items, and specialty ingredients from algae. The complaints allege that throughout the Class Period, Defendants made false and misleading statements and/or failed to disclose that TerraVia's products caused gastrointestinal distress, such as nausea and vomiting; and, as a result, Defendants' statements about TerraVia's business,

operations, and prospects were false and misleading and/or lacked a reasonable basis at all relevant times. Defendants deny these allegations.

### 3. LEGAL ISSUES

Whether Defendants have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder; and whether certain Defendants are liable as controlling persons under Section 20(a) of the Exchange Act.

### 4. MOTIONS

The following motion has been filed in this action and is presently pending: (i) Motion of the TerraVia Investor Group to Consolidate Related Actions, for Appointment as Lead Plaintiffs and Approval of Counsel (ECF No. 9.00) (the "Lead Plaintiff Motion"). To date, the Lead Plaintiff Motion is unopposed by any member of the Class (the statutory deadline to oppose which has passed) or Defendants (*see* ECF No. 18). The Lead Plaintiff Motion is currently set for a hearing on February 23, 2017 at 3:00 p.m.

After the consolidated complaint is filed, Defendants intend to file a motion to dismiss the consolidated complaint, consistent with the agreed-to briefing schedule set forth in the Parties' Stipulation and [Proposed] Order Setting Filing Date for Consolidated Complaint and Reponses Thereto (the "Scheduling Stipulation"), submitted contemporaneously herewith.

### 5. AMENDMENT OF PLEADINGS

Pursuant to the Court's approval of the Scheduling Stipulation, the TerraVia Investor Group will file a consolidated complaint on or before May 1, 2017.

### 6. EVIDENCE PRESERVATION

The Parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information, are aware of their document preservation obligations, and have taken reasonable and proportionate steps to preserve evidence potentially relevant to the issues reasonably evident in this action.

**7. DISCLOSURES**

Due to the discovery stay imposed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), no initial disclosures will be made at this time. The Parties propose that initial disclosures be made within forty-five (45) calendar days after the filing of an Answer by Defendants.

**8. DISCOVERY**

Due to the discovery stay imposed by the PSLRA, no discovery will be conducted at this time. The TerraVia Investor Group reserves its right to file a motion to lift the PSLRA discovery stay. The Parties propose that the they meet and confer within twenty one (21) calendar days after Defendants file their Answer, at which time the Parties will engage in further discussions concerning modifications, if any, to the limits on the number of interrogatories and depositions and development of a discovery plan with regard to, among other things, discovery of electronically stored information.

**9. CLASS ACTION**

The TerraVia Investor Group believes this action should be certified as a class action and will file a motion for class certification pursuant to Federal Rule of Civil Procedure 23 at a later date in accordance with any future scheduling order.

Defendants reserve all rights to oppose class certification at the appropriate time.

**10. RELATED ACTIONS**

Beyond the above-captioned related actions that have been requested to be consolidated, there are no cases related to the instant action pending in this Court. A derivative complaint captioned *Avery Daniel Robinson v. Jonathan S. Wolfson et al.*, CGC-17-556938, Superior Court of California (San Francisco Cty.) alleging breach of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, and corporate waste, and premised on substantially similar facts as the instant action, was filed on February 3, 2017 in the Superior Court of California, San Francisco County. According to the publicly available docket, to date, there has been no additional activity in that matter.

There is pending before Judge Gilliam a securities class action captioned *Norfolk County Retirement System v. Solazyme, Inc., et al.*, Case No. 15-CV-2938-HSG.  The *Norfolk* action asserts claims under Section 10(b) and 20(a) of the Exchange Act against TerraVia, Jonathan Wolfson, and Tyler Painter, all of whom are defendants in this action.  The claims in *Norfolk* are brought on behalf of a purported class of persons who purchased stock of TerraVia (which was formerly called Solazyme) between February 27, 2014, and November 5, 2014.  That purported class period overlaps with the purported class period in this action, which spans from March 13, 2013 through November 7, 2016.  On December 29, 2016, Judge Gilliam granted defendants' motion to dismiss the *Norfolk* action with leave to amend.  An amended complaint was filed in the *Norfolk* action on February 15, 2017.

Although the parties and claims for relief in this action and the *Norfolk* action are for violations of Sections 10(b) and 20(a) of the Exchange Act and the class periods overlap to some extent, the claims in this action and the *Norfolk* action do not relate to the same events or allegedly false statements.  Consequently, at this time (and based on the allegations in the complaints that have been filed to date), the parties do not believe that <u>this action and the *Norfolk* action</u> presently meet Civil Local Rule 3-12's definition of "related" cases.

### 11. RELIEF

The TerraVia Investor Group will seek monetary damages for the Class, as will be set forth in the consolidated complaint.  The amount of damages will be the subject of expert testimony.

Defendants deny that the TerraVia Investor group or the putative Class suffered any compensable damages.

### 12. SETTLEMENT AND ADR

The TerraVia Investor Group is prepared to engage in private mediation.

Defendants believe that ADR is premature at this stage in the litigation, but remain open to exploring the applicability of ADR, including, but not limited to, private mediation, if and when appropriate.

**13. CONSENT TO MAGISTRATE**

The Parties do not consent.

**14. OTHER REFERENCES**

The Parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. NARROWING OF ISSUES**

The Parties believe that it is not yet possible to discuss issues that can be narrowed at trial or resolved through stipulation.

**16. EXPEDITED TRIAL PROCEDURE**

The Parties do not believe that this is the type of case that can be handled under the Expedited Trial Procedure of General Order No. 64 Attachment A.

**17. SCHEDULING**

The Parties have filed herewith the Scheduling Stipulation and proposed order setting a schedule for the filing of the consolidated complaint and Defendants' anticipated motion to dismiss. That Stipulation proposes the following schedule:

1. The consolidated complaint shall be filed on or before April 17, 2017;
2. Defendants shall file their anticipated motion to dismiss the consolidated complaint on or before May 26, 2017;
3. The TerraVia Investor Group shall file an opposition to Defendants' anticipated motion on or before July 10, 2017;
4. Defendants shall file any reply in support of their anticipated motion to dismiss on or before August 7, 2017.
5. The hearing on Defendants motion to dismiss shall be scheduled for hearing on August 24, 2017, at 10:00 a.m.

The Parties propose that further scheduling issues be addressed once the pleading stage is over.

**18. TRIAL**

The TerraVia Investor Group will request trial by jury. Any trial is likely to be complex and length of trial cannot be ascertained at this time.

**19. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

On January 17, 2017, the TerraVia Investor Group filed a Certification Pursuant to Local Rule 3-15 (ECF No. 12). As set forth therein, the TerraVia Investor Group has no interested entities or persons to report.

On January 31, 2017, Defendant TerraVia filed a Corporate Disclosure Statement, and the remaining Defendants a Certification of Interested Entities or Persons, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3-15 (ECF No. 17). As set forth therein, Defendant TerraVia certified that, pursuant to Federal Rule of Civil Procedure 7.1, TerraVia has no parent corporation, and no publicly held company owns more than ten percent of TerraVia's outstanding common stock. Further, Defendants certified, pursuant to Local Rule 3-16, that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Beneficial Owners of Five Percent or More of the Company's Equity Securities | Directors, Officers, or Executives in Management Positions at the Company |
|---|---|
| <ul><li>PRIMECAP Management Company</li><li>Passport Capital, LLC; John H. Burbank III</li><li>Blackrock, Inc.</li></ul> | <ul><li>Michael V. Arbige</li><li>Irene Chang Britt</li><li>Mark Brooks</li><li>Ian T. Clark</li><li>James R. Craigie</li><li>Jerry Fiddler</li><li>Peter L. Licari</li><li>Apu Mody</li><li>Tyler W. Painter</li><li>Gary M. Pfeiffer</li><li>Paul T. Quinlan</li><li>Jonathan S. Wolfson</li></ul> |

**20. PROFESSIONAL CONDUCT**

All attorneys of record for the Parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

– 7 –
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: February 16, 2017 | | **THE ROSEN LAW FIRM, P.A.** |

By: /s/Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Liaison Counsel for Plaintiffs and Class

**LEVI & KORSINSKY LLP**
Shannon L. Hopkins
733 Summer Street, Suite 304
Stamford, CT 06901
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Louis C. Ludwig
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 37-1184
Email: pdahlstrom@pomlaw.com
Email: lcludwig@pomlaw.com

[Proposed] Co-Lead Counsel for Plaintiffs and Class

DATED: February 16, 2017          **MORRISON & FOERSTER LLP**

By: /s/Mark R.S. Foster
Mark R.S. Foster
425 Market Street
San Francisco, CA 94105-2482
Telephone:  (415) 268-6335
Email: mfoster@mofo.com


Counsel for Defendants

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On February 16, 2017, I electronically filed the following JOINT CASE MANAGEMENT CONFERENCE STATEMENT with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 16, 2017.

/s/ Laurence Rosen<br>
Laurence M. Rosen