Patrick V. Dahlstrom (*Pro Hac Vice*)
Louis C. Ludwig (*Pro Hac Vice)*
**POMERANTZ LLP**
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
E-mail: pdahlstrom@pomlaw.com
lcludwig@pomlaw.com

Attorneys for Lead Plaintiffs
Craig Taffel, Casey Minnick, Dimitrios Daniil,
Ali Alkhateeb , and Yisroel Lieber

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE TERRAVIA HOLDINGS, INC., SECURITIES LITIGATION

Case No. 3:16-cv-06633-JD

**CLASS ACTION**

**STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE FOR THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS**

Ctrm: 11 – 19th Floor
Judge: Hon. James Donato

Lead Plaintiffs Craig Taffel ("Taffel"), Casey Minnick ("Minnick"), Dimitrios Daniil ("Daniil"), Ali Alkhateeb ("Alkhateeb"), and Yisroel Lieber ("Lieber") (collectively, "Lead Plaintiffs" or the "Terra Via Investor Group") and Individual Defendants Apurva S. Mody, Tyler W. Painter, and Johnathan S. Wolfson (collectively, the "Individual Defendants"), through their undersigned counsel, hereby submit this Stipulation and [Proposed] Order setting a hearing date with respect to the Individual Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint (the "Motion to Dismiss") (Dkt. 41.)

**RECITALS**

A. On April 7, 2017 this Court appointed the members of the TerraVia Investor Group – Taffel, Minnick, Daniil, Alkhateeb, and Leiber – as Lead Plaintiffs in the above captioned matter (the "Action"). (*See* Dkt. 36 at 1.) (the "Lead Plaintiff Order").

B. The Lead Plaintiff Order included the following deadlines and briefing schedule: "Lead plaintiffs are ordered to file a consolidated amended complaint by **April 26, 2017**. Defendants are to respond to the complaint by **May 26, 2017**. If defendants file a motion to dismiss, plaintiffs' response is due in 30 days, and any reply is due in 21 days." *Id.* at 2 (emphasis in original). The Court further ordered that "[a] hearing is to be noticed no earlier than 21 days after the close of briefing." *Id.* at 2.

C. Pursuant to the Lead Plaintiff Order, Lead Plaintiffs filed their Consolidated Amended Complaint on April 26, 2017 (Dkt. 39), Defendants filed the Motion to Dismiss on May 26, 2017, Plaintiffs filed their Opposition to the Motion to Dismiss on June 26, 2017 (Dkt. 45), and Defendants filed their Reply in support of the Motion to Dismiss on July 17, 2017. (Dkt. 47).

D. In accordance with the Lead Plaintiff Order, Defendants noticed a hearing on the motion for August 24, 2017. (*See* Dkt. 39.)

E. On August 2, 2017, Defendant TerraVia Holdings, Inc. ("TerraVia") and affiliated entities filed for bankruptcy protection pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy"). (*See* Dkt. 48.) The Bankruptcy proceeding is pending in the United States Bankruptcy Court for the District of Delaware. (*Id.*)

F. On August 7, 2017, Defendants provided notice of the Bankruptcy and the automatic stay provided for in 11 U.S.C. § 362. (*See* Dkt. 48.)

G. On August 9, 2017, this Court entered an order staying this case in its entirety for all defendants pending the Bankruptcy and requested updates every 90 days. (Dkt. 49.)

H. On October 4, 2017, the Court lifted the stay with respect to the Individual Defendants only. (Dkt. 57). However, the Court did not reschedule the hearing date for the Individual Defendants' Motion to Dismiss.[1]

**STIPULATION**

NOW, THEREFORE, the undersigned hereby agree, subject to Court approval, as follows:

1. The hearing on the Individual Defendants' Motion to Dismiss shall either be rescheduled at a date and time to be determined by the Court or, alternately, vacated, and the Court will issue a decision on the papers.

By: /s/*Louis C. Ludwig*
Louis C. Ludwig

**POMERANTZ LLP**
Patrick V. Dahlstrom
Louis C. Ludwig
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 37-1184
Email: pdahlstrom@pomlaw.com
Email: lcludwig@pomlaw.com

Lead Counsel for Plaintiffs

DATED: October 9, 2017

**MORRISON & FOERSTER LLP**

By: /s/*Mark R.S. Foster*
Mark R.S. Foster

[1] While the Motion to Dismiss was filed on behalf of TerraVia and the Individual Defendants, it can be decided with respect to the Individual Defendants only.

425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-6335
Email: mfoster@mofo.com

Attorneys for Defendants
JONATHAN S. WOLFSON, APURVA S. MODY, and TYLER W. PAINTER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____________, 2017

______________________________

The Honorable James Donato
United States District Judge

## CERTIFICATE OF SERVICE

I, Louis C. Ludwig, hereby declare under penalty of perjury as follows:

I am an attorney at Pomerantz LLP, located at 10 South LaSalle, Suite 3505 Chicago, IL 60603. I am over the age of eighteen.

On October 9, 2017, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system: **STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE FOR THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I certify under penalty of perjury under the laws of the United States of America that the foregoing in true and correct.

Executed on October 9, 2017.

/s/ Louis C. Ludwig